*Monday,*
December
26th.

VANLEAR *against* VANLEAR.

The record
of the pro-
ceedings up-
on an appeal
from the cir-
cuit court,
which by law
is directed to
be filed *be-
fore the next
term*, is in
time if it is
filed before
the court
meets on the
first day of
the next
term.

THIS was an appeal from the Circuit Court of *Chester* county. The record was filed in the office of the Prothonotary of this court before ten o'clock in the morning of the 7th *September* 1803, which was the first day of *September* term, the first term next after the decision of the circuit court from which the appeal was entered.

It was now called on for argument, when the appellee objected that the appeal was not in court, as the record of the proceedings was not filed within the time limited by the act of Assembly, which is as follows: " That if either of the parties " &c. shall be dissatisfied with the judgment or decision of the " said Circuit Courts on any demurrer, special verdict, case sta- " ted &c. that then and in such case the party so dissatisfied " with the judgment of the said Circuit Court, and appealing " from the same to the said Supreme Court, shall obtain from " the clerk of the Circuit Court of the respective county a re- " cord of all the proceedings, and file the same with the pro- " thonotary of the Supreme Court *before the next term,* and on " failure thereof, judgment shall be confirmed and execution " awarded in the same manner as if such appeal had not been " made." *March* 20th, 1799. 4 *St. Laws* 360.

The question was submitted without argument. *Ross* for plaintiff. *Hemphill* for defendant.

Per CURIAM. The record of the proceedings having been filed with the prothonotary before the meeting of the court on the first day of the next term, we think it within the limit intended by the act of Assembly.